RECEIVED
OCT 20 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ROBERT DANIEL DAVIS          DOCKET NO. 11-CV-890; SEC. P

VERSUS          JUDGE DEE D. DRELL

USA          MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 19 day of October, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE